ACCEPTED
06-14-00110-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 10:35:46 AM
DEBBIE AUTREY
CLERK

## NO. 06-14-00110-CR

| | | | | |
|---|---|---|---|---|
| **CODY LANG THOMAS** | § | **IN THE** | | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | | |
| **v** | § | **6th COURT** | | 12/14/2015 10:35:46 AM |
| | § | | | |
| **STATE OF TEXAS** | § | **OF APPEALS** | | DEBBIE AUTREY<br>Clerk |

### MOTION TO EXTEND TIME TO FILE *MOTION FOR REHEARING*

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes The State of Texas, Appellee in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellee's *Motion for Rehearing*, pursuant to Rule 49.8 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. CODY LANG THOMAS and numbered as 1423904.

3.      The Appellant was convicted and sentenced by the judge to 20 years in the penitentiary after pleading guilty and going "open" to the court for punishment.

4.      On Friday, November 20, 2015, the Court reversed the trial court's sentence and remanded the case to the trial court for a new punishment hearing.  While the State does not disagree with the Court's detailed opinion on the main issue of enhancement, the State does believe, based on the procedure of this case and the understanding of all parties at the time of the plea, this case should be remanded for a wholly new trial and not sentencing alone.  The State would ask this Court for more time to elaborate on this argument in a *Motion for Rehearing.*

5.      Appellee's *Motion for Rehearing* was due 15 days after the Court's judgment or order, which was rendered on November 20, 2015.  Pursuant to Rule 49.8 of the Texas Rules of Appellate Procedure, this Motion is being filed within 15 days after the date the original motion was

due.

6. No previous extensions to file the motion have been received by Appellee in this cause.

7. Appellee requests a fifteen (15) day extension due to the following:

i. The Court's order was received on Friday, November 20, 2015. Appellee's attorney returned to work from his honeymoon on Tuesday, November 17, 2015 after being out of town for more than 10 days.

ii. Appellee's attorney was preparing to try *State of Texas v. Jackqulyn Henry Erwin*, which involved delivery of methamphetamines and a punishment range of 5 years to life. In lieu of trial, the Defendant in that case pled to 20 years in prison on November 23, 2015.

iii. Appellee's attorney has been preparing to try *State of Texas v. Javier Perez Garcia*, an Indecency with a Child case, which is set to begin testimony on January 5, 2016 after conducting *voir dire* on Monday, January 4, 2015. This offense occurred approximately 7.5 years ago and involves much investigation including, but not limited to, coordinating with the Boulder County, Colorado's District Attorney's Office where the defendant has been handled previously.

iv. Appellee's attorney attended the TDCAA "Elected Prosecutor's Course" in San Antonio beginning on December 2, 2015 and concluding on Friday, December 4, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant this

Motion to Extend Time to File *Motion for Rehearing*, and for such other and further relief as the

Court may deem appropriate.

Respectfully submitted,

By:____//s// Will Ramsay_____
     Will Ramsay
     8th Judicial District Attorney
     State Bar No. 24039129
     P.O. Box 882
     110 Main Street
     Sulphur Springs, TX 75482
     Ph: (903) 885-0640
     Fax: (903) 885-0641
     wramsay@hopkinscountytx.org
     Attorney for Appellee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MOTION TO EXTEND TIME TO FILE *MOTION FOR REHEARING* was delivered via email to Martin Braddy, Attorney for Appellant, on December 14, 2015.

_____//s//Will Ramsay_____
WILL RAMSAY—Attorney for the Appellee